# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# Richmond Division

In re:  ROBERT BRUMLEY, II,                                Case No. 14-35118-KLP
       Debtor-in-possession.                           Chapter 13

## MOTION TO SHOW CAUSE

**COMES NOW** Union First Market Bank, by counsel, and as and for its Motion to Show Cause states as follows, to wit:

1. On September 23, 2014, Robert Brumley, II (the "Debtor") filed a voluntary petition under Title 11 of the United States Code. An Order for relief was entered that date.

2. Robert E. Hyman has been appointed Chapter 13 Trustee and continues to so serve.

3. On October 20, 2014, Union First Market Bank, a creditor and party in interest, obtained an order upon its Motion for Examination Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure ("Rule 2004 Order") requiring the Debtor and Patricia Blanchard to produce to Union First Market Bank for inspection and copying on or before December 6, 2010, true and correct copies of all documents listed on the attached Exhibit "A".

**Jonathan L. Hauser, VSB No. 18688**
**Troutman Sanders LLP**
**222 Central Park Avenue, Suite 2000**
**Virginia Beach, VA  23462**
**(757) 687-7768**
**(757) 687-1505 - Fax**
*Counsel for Union First Market Bank*

4.  On November 3, 2014, the Debtor, through his counsel, produced certain records responsive to the Rule 2004 Order.  However, the documents so produced were woefully inadequate.

5.  Union First Market Bank has attached a copy of the document list and has annotated it as to those documents which have not yet been produced.

6.  Union First Market Bank immediately advised the Debtor, by counsel, of inadequacy in the document production and requested a complete production of the records ordered by the Court no later than November 13, 2014.  No additional documents were produced.  In fact, no response to the request was received at all.

7.  The Debtor, Robert Brumley, II, should be ordered to appear before this Honorable Court to show cause why he should not be held in contempt for his failure to comply with the Rule 2004 Order.

**WHEREFORE,** Union First Market Bank moves for an Order against the Debtor Robert Brumley, II to show cause why he should not be held in contempt of court, and for such related relief as this Court may deem appropriate.

**UNION FIRST MARKET BANK**

By: */s/ Jonathan L. Hauser*
Of Counsel

Jonathan L. Hauser, VSB No. 18688
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA  23462
(757) 687-7768
(757) 687-1505 - Fax

-3-

## **CERTIFICATE OF SERVICE**

       This is to certify that a copy of the foregoing was sent either electronically or by first class mail, postage prepaid, this 17th day of November, 2014 to all necessary parties including:

Robert Brumley, II
366 Grand Villa Drive
Weems, VA  22576

David K. Spiro
Hirschler Fleischer
Post Office Box 500
Richmond, VA  23218-0500

Robert E. Hyman, Trustee
P.O. Box 1780
Richmond, VA  23218-1780

                                                  */s/ Jonathan L. Hauser*

## EXHIBIT A

1. All documents, correspondence, invoices, checking account statements, checks and other records relating to income, disbursements and expenditures of funds received or made by the Debtor from January 1, 2013 through the present date.

2. All checking account statements, checks and financial records for the Debtor for any checking account on which the Debtor was a signatory or named as an account holder from January 1, 2013 through the present date.

3. All account statements and records for brokerage accounts on which the Debtor was a signatory or named as an account holder from January 1, 2013 through the present date.

4. Tax returns for the Debtor for the years 2012 and 2013.

5. Profit and loss statements, balance sheets, income and expense statements, tax returns and all other records relating to the financial performance of any corporation, limited liability company or partnership in which the Debtor has an interest for the period January 1, 2013 through the present date.

6. All corporate records, organizational documents and stock ledgers of any corporation, limited liability company or partnership in which the Debtor has an interest.

7. All loan documents relating to any loan pursuant to which the Debtor is a borrower.

8. All records relating to unsecured claims scheduled on Schedule F.

9. All executory contracts listed on Schedule G.

1. All documents, correspondence, invoices, checking account statements, checks and other records relating to income, disbursements and expenditures of funds received or made by the Debtor from January 1, 2013 through the present date. **Documents were produced but most end well before the bankruptcy filing**

2. All checking account statements, checks and financial records for the Debtor for any checking account on which the Debtor was a signatory or named as an account holder from January 1, 2013 through the present date. **Documents were produced but most end well before the bankruptcy filing**

3. All account statements and records for brokerage accounts on which the Debtor was a signatory or named as an account holder from January 1, 2013 through the present date. **Documents were produced but most end well before the bankruptcy filing**

4. Tax returns for the Debtor for the years 2012 and 2013. **None produced.**

5. Profit and loss statements, balance sheets, income and expense statements, tax returns and all other records relating to the financial performance of any corporation, limited liability company or partnership in which the Debtor has an interest for the period January 1, 2013 through the present date. **None produced.**

6. All corporate records, organizational documents and stock ledgers of any corporation, limited liability company or partnership in which the Debtor has an interest. **Almost no records produced**

7. All loan documents relating to any loan pursuant to which the Debtor is a borrower. **None produced**

-6-

8.    All records relating to unsecured claims scheduled on Schedule F. **Almost none produced**

23912350v1